**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| JOHN PATCHAN,<br><br>                  Plaintiff,<br>       vs.<br><br>ENGILITY HOLDINGS, INC., JOHN<br>BARTER, STEVEN A. DENNING,<br>LYNN A. DUGLE, DAVID M. KERKO,<br>PETER A. MARINO, KATHARINA<br>MCFARLAND, DARRYLL J. PINES,<br>ANTHONY PRINCIPI, CHARLES S.<br>REAM, DAVID A. SAVNER, and<br>WILLIAM G. TOBIN,<br><br>                  Defendants. | Case No.: 1:18-cv-01384-AJT-IDD |

**NOTICE OF DISMISSAL**

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff John Patchan ("Plaintiff") voluntarily dismisses the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: January 2, 2019                       **LEVI & KORSINSKY LLP**

*/s/ Elizabeth K. Tripodi*
Elizabeth K. Tripodi (VSB#: 73483)
1101 30th Street, N.W., Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
Email: etripodi@zlk.com

*Attorney for Plaintiff*